UNITED STATES of America,
Plaintiff–Appellee,

v.

Heriberto GUERRERO–CASTILLO,
Defendant–Appellant.

No. 05–41410.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Heriberto Guerrero–Castillo, Karnes City, TX, pro se.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Heriberto Guerrero–Castillo has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

